# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEHAN ZEB MIR, M.D.,  :
: 1:15-cv-2233
    Plaintiff,  :
: Hon. John E. Jones III
v.  :
:
ANDREW J. BEHNKE, M.D., *et al.*,  :
:
    Defendants.  :

## ORDER

### June 15, 2016

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Set Aside the Entry of Defaults (Doc. 42) is **GRANTED.**

2. The Clerk shall **VACATE** the Defaults (Docs. 32-39) entered on January 14, 2016.

3. Defendants' Motion to Dismiss (Doc. 44) is **GRANTED.**

4. Plaintiff's Motion for Reconsideration (Doc. 5) is **DENIED AS MOOT.**

5. The Clerk of the Court **SHALL CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge